

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2021

No. 04-21-00149-CV

Nasser **NAKISSA**,
Appellant

v.

Sarah E. **MENCHACA**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19593
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:     Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

On June 23, 2021, we issued an opinion and judgment dismissing this appeal for failure to pay the $205 notice of appeal filing fee. On July 6, 2021, appellant Nasser Nakissa filed a letter we construed as a motion for rehearing, in which he explained that he had mailed a money order in the amount of the filing fee to this court. On July 13, 2021, the clerk of this court informed appellant by letter that we had not received his money order and notified him that if he wished to reinstate the appeal, he needed to pay the notice of appeal and motion for rehearing filing fees and provide a written explanation for his failure to timely pay the notice of appeal filing fee.

On September 1, 2021, appellant paid the required fees and offered an explanation for his failure to timely pay the notice of appeal filing fee. Because it appeared that appellant had complied with the directives in our July 13, 2021 letter, we invited appellee Sara E. Menchaca to file a response to appellant's motion for rehearing by September 20, 2021. *See* Tex. R. App. P. 49.2. Appellee did not file a response to the motion for rehearing.

After consideration, appellant's motion for rehearing is **GRANTED**. *See id.* R. 49.3. We **WITHDRAW** our June 23, 2021 opinion and judgment dismissing this appeal and reinstate the appeal to the docket.

The clerk's record was originally due May 17, 2021, but has not been filed. On May 20, 2021, the district clerk filed a notification of late record, stating the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant was not entitled to appeal without paying the fee. We therefore **ORDER** appellant Nasser Nakissa to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee **by October 12, 2021**. **If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution**. *See* Tex. R. App. P. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court